**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTHA SNIDER, AS ATTORNEY IN FACT FOR ISADORE GOLDHIRSH<br>33208 Decker School Road<br>Malibu, CA  90265<br><br> v.<br><br><br>STATE FARM FIRE AND CASUALTY COMPANY<br>One State Farm Plaza<br>Bloomington, IL 61710 | CIVIL ACTION<br><br>NO.: 21-4224 |

**AMENDED CIVIL ACTION COMPLAINT**

1.      Plaintiff, Martha Snider, As Attorney in Fact for Isadore Goldhirsh, is an adult individual residing at the address as set forth above.

2.      Defendant, State Farm Fire and Casualty Company, is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above.

3.      Defendant in its regular course of business issued to Plaintiff a policy of insurance, policy number 78LQ82356, covering Plaintiff's premises located at 1523 Grove Avenue, Jenkintown, PA 19046.  Plaintiff is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

4.      At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting

within the course and scope of their employment and on the business of said employer.

5.      On or about March 17, 2021, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the insured premises, believed to have been caused by a broken water supply line, resulting in damage to the insured property in those areas and to the extent set forth in the building and contents estimates of Alliance Adjustment Group, true and correct copies of which are attached hereto, made part hereof, and collectively marked as Exhibit "A".

6.      Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

7.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

8.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, as well as the mishandling of Plaintiff's claim, Plaintiff has suffered loss and damage in an amount in excess of $150,000.00.

## COUNT I - BREACH OF CONTRACT

9.      Plaintiff incorporates by reference herein the facts and allegations contained in the foregoing paragraphs as though same were set forth herein at length.

10.     Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $150,000.00 together with interest and costs.

## COUNT II - BAD FAITH

11.     Plaintiff incorporates by reference herein the facts and allegations contained in the foregoing paragraphs as though same were set forth herein at length.

12.     Defendant has engaged in Bad Faith conduct toward Plaintiff and has treated Plaintiff unreasonably and unfairly with respect to its adjustment of Plaintiff's covered loss, in violation of 42 Pa.C.S.A. §8371.

13.     Following the arrival of the COVID-19 virus and shutdowns, on or about March 12, 2020, Plaintiff brought her father, Isadore Goldhirsh, then age 94, to live with her and her family in California so that he would not be isolated.

14.     Prior to the shutdowns, Mr. Goldhirsh had lived at the property for 51 years and has been insured with Defendant since approximately 2002.

15.     Plaintiff contacted Defendant, through its agent, to advise that Mr. Goldhirsh would be away from the property for an extended period of time and requested advice on how to maintain insurance coverage while he was away.

16.     Defendant's agent advised Plaintiff to add a "vacancy endorsement" to the policy, which would protect the property while he was away.

17.     In compliance with Defendant's advice, Plaintiff purchased the "vacancy endorsement".

18.     After reporting the loss to Defendant, Defendant denied coverage claiming that the loss was due to "repeated leakage of water, **over a period of time**, from a plumbing system." [Emphasis added]

19.     Defendant's policy language "over a period of time" is ambiguous as there is no defined period of time or time period in the insurance policy that would allow an insured such as Plaintiff to understand when a loss caused by water would or would not be covered.

20.     A period of time can be as little as a fraction of a second or as long as years, decades, etc.

21.     Dictionary.com defines "period" as:

. . . .

b. any specified division or portion of time…

22.     Dictionary.com defines "time" as:

. . . .

c. a system or method of measuring or reckoning the passage of time[;]

d. a limited period or interval, as between two successive events[…].

23.     Definitions.net defines "period of time" as "an amount of time."

24.     Black's Law Dictionary Free Online Legal Dictionary 2d Ed. defines "time period" as a "space of time that has an established date of beginning and ending."

25.     Pennsylvania law provides that if a policy term is not defined, it is given its plain and ordinary meaning. <u>Madison Construction Company, v. The Harleysville Mutual Insurance Company</u>, 557 Pa. 595; 735 A.2d 100; 1999 Pa. LEXIS 2139 (1999).

26.     Dictionaries are used to determine the plain and ordinary meaning of a term.

27.     Defendant either negligently, purposely or recklessly wrote its policy in such a manner to enable it to deny coverage for virtually any loss involving a water leak.

28.     Plaintiff constantly monitored the property through video surveillance and through regular visits to the property by others.

29.     Plaintiff's loss was not caused by an event subject to any exclusions or limitations in the policy.

30.     There was no repeated leakage of water that occurred for weeks, months or years in the present case.

31.     Defendant had no reasonable basis to deny coverage for the claim and knowingly or recklessly disregarded its lack of reasonable basis when it denied Plaintiff's claim.

32.     Defendant had no credible evidence or objective test results to prove the claim was not covered.

33.     Defendant misrepresented to Plaintiff that the claim was not covered.

34.     Defendant treated Plaintiff with reckless indifference and disregard under the circumstances.

35.     Solely as a result of Defendant's bad faith misconduct as aforesaid, Plaintiff has been required to obtain counsel to commence the present action to recover benefits

due and owing under the policy of insurance issued by Defendant for Plaintiff's covered loss and has incurred costs and other expenses in connection with said claim.

WHEREFORE, Plaintiff demands judgment against Defendant for punitive damages, counsel fees and costs, together with interest on Plaintiff's claim in an amount equal to the prime rate of interest plus three percent (3%), in an amount in excess of $150,000.00.

## COUNT III – REASONABLE EXPECTATIONS

36.     Plaintiff incorporates by reference herein the facts and allegations contained in the foregoing paragraphs as though same were set forth herein at length.

37.     Insurance contracts are contracts of adhesion and an insured, such as Plaintiff, has no choice as to the terms contained within the contract.

38.     Insureds such as Plaintiff have the right to expect to receive something of value in return for the premium paid for the policy.

39.     Even if a policy term is not ambiguous, the objectively reasonable expectations of the insured prevail over the unambiguous language.

40.     The reasonable expectations of Plaintiff control, even if they are contrary to the explicit terms of the policy.

41.     Accordingly, if the expectations of coverage of Plaintiff are reasonable, such expectations prevail, whether or not the Court finds the phrase "over a period of time" ambiguous.

42.     Plaintiff's expectations of coverage for the loss were reasonable and Defendant wrongfully denied the claim.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $150,000.00 together with interest and costs.

**ZENSTEIN KOVALSKY BUCKALEW, LLC**

BY: _____

JOSEPH A. ZENSTEIN, ESQUIRE
Attorney for Plaintiffs
1240 Old York Road, Suite 101
Warminster, PA 18974
jzenstein@zensteinlaw.com
(215) 230-0800
Attorney for Plaintiff

Date: 10/14/21

EXHIBIT "A"



**Alliance Adjustment Group, Inc.**

When Damage Happens.

| | | | |
|---|---|---|---|
| Insured: | Isadore Goldhirsh | | |
| Property: | 1523 Grove Ave | | |
| | Jenkintown , PA 19006 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Brian Singer | Business: | (267) 880-3000 |
| Position: | Public Insurance Adjuster | E-mail: | bsinger@allianceadjustment.com |
| Company: | Alliance Adjustment Group, Inc. | | |

| | | | |
|---|---|---|---|
| Estimator: | Brian Singer | Business: | (267) 880-3000 |
| Position: | Public Insurance Adjuster | E-mail: | bsinger@allianceadjustment. |
| Company: | Alliance Adjustment Group, Inc. | | com |

**Claim Number:** 38-17P2-40G          **Policy Number:** 78LQ82356          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 3/17/2021 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 3/26/2021 4:12 PM |

| | |
|---|---|
| Price List: | PAPH8X_MAR21 |
| | Restoration/Service/Remodel |
| Estimate: | GOLDHIRSCH |

This estimate is based upon representations made directly to Alliance Adjustment Group by the insured(s) or the insured(s) representative as to the location and date of origin of physical damage to the subject property. Further, this estimate, at the time of its preparation, represents the opinion of Alliance Adjustment Group as to the scope and cost of repairs to restore the property to its pre-loss condition, to the extent possible. This estimate contains the replacement cost value of the loss and, unless noted, does not consider or specify the presence or absence of pre-existing damage such as wear and tear, prior loss, or any other adverse condition in those areas included in our estimate. While it is possible that such adverse conditions existed at the time of our inspection, Alliance Adjustment Group considers this an issue of depreciation to be addressed with the insurer. Alliance Adjustment Group reserves the right to revise this estimate at any time upon receipt or discovery of new or additional information. The estimate may be based on preliminary review and subject to corrections, revisions, additions and deletions. The estimate may be compiled by the use of computer or other electronically generated means. Any errors or omissions, either by virtue of misprint or by incorrect entries by a data processor, should be considered a typographical error. We attempt to proofread all estimate entries, however the information contained in the estimate has not been subject to scrupulous auditing and review.

Should the recipient, insurer, insured or any other party, have information suggesting that any item(s) contained or claimed herein is duplicative with any prior claim or loss, we ask that Alliance Adjustment Group be notified immediately in writing, so the issue may be reviewed, corrected, an/or clarified.  Alliance Adjustment Group, Inc., reserves the right to amend our estimate and/or claim should additional information be determined by any party.



**Alliance Adjustment Group, Inc.**

When Damage Happens.

## GOLDHIRSCH

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 593.00 | 0.00 | 124.53 | 717.53 | (0.00) | 717.53 |
| 2. General Laborer - per hour | 20.00 HR | 46.18 | 0.00 | 193.96 | 1,117.56 | (0.00) | 1,117.56 |
| This items reflects the labor required to maintain a clean job-site, as well as the staging and management of site stored materials. | | | | | | | |
| 3. Residential Supervision / Project Management - per hour | 43.00 HR | 78.28 | 0.00 | 706.86 | 4,072.90 | (0.00) | 4,072.90 |
| This cost reflect the supervision required to manage deliveries, instruct/direct various crews working the site, and handle typical homeowner concerns that arise during the project. | | | | | | | |
| 4. Personal protective mask (N-95) | 12.00 EA | 4.10 | 6.74 | 10.96 | 66.90 | (0.00) | 66.90 |
| 5. Eye protection - plastic goggles - Disposable | 6.00 EA | 14.41 | 11.85 | 19.25 | 117.56 | (0.00) | 117.56 |
| 6. Personal protective gloves - Heavy duty (per pair) | 12.00 EA | 6.52 | 10.72 | 17.42 | 106.38 | (0.00) | 106.38 |
| 7. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| Any additional expenses related to taxes, permits, insurance, or other similar ancillary costs, shall be added as required. | | | | | | | |
| 8. GENERAL DEMOLITION | 1.00 EA | 14,082.51 | 0.00 | 0.00 | 14,082.51 | (0.00) | 14,082.51 |
| Mitigation Invoice - Elite Water Damage | | | | | | | |
| **Totals: General Conditions** | | | 29.31 | 1,072.98 | 20,281.34 | 0.00 | 20,281.34 |

### SKETCH1

### Main Level



| Kitchen | | | | | Height: 9' 3" | |
|---|---|---|---|---|---|---|

484.95  SF Walls      169.27  SF Ceiling
654.22  SF Walls & Ceiling      169.27  SF Floor
18.81  SY Flooring      51.89  LF Floor Perimeter
54.57  LF Ceil. Perimeter

**Missing Wall - Goes to Floor**    2' 8 3/16" X 6' 8"    Opens into BUTLER_PANTR

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9. R&R Two coat plaster over metal lath | 411.75 SF | 12.84 | 43.48 | 1,119.38 | 6,449.73 | (0.00) | 6,449.73 |
| 10. R&R Batt insulation - 6" - R19 - paper / foil faced | 121.24 SF | 1.43 | 4.51 | 37.36 | 215.24 | (0.00) | 215.24 |
| 11. R&R Cabinetry - lower (base) units - High grade | 19.57 LF | 251.71 | 240.49 | 1,084.96 | 6,251.41 | (0.00) | 6,251.41 |
| 12. R&R Custom cabinet panels - side, end, or back | 6.00 SF | 23.70 | 4.88 | 30.90 | 177.98 | (0.00) | 177.98 |

 **Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Kitchen**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13.  R&R Cabinetry - upper (wall) units - High grade | 12.74 LF | 187.50 | 107.47 | 524.21 | 3,020.43 | (0.00) | 3,020.43 |
| 14.  R&R Countertop - flat laid plastic laminate - High grade | 18.32 LF | 51.39 | 36.47 | 205.37 | 1,183.31 | (0.00) | 1,183.31 |
| 15.  R&R Cherry floor - #2 or better - no finish | 169.27 SF | 11.25 | 55.35 | 411.53 | 2,371.17 | (0.00) | 2,371.17 |
| 16.  Sand & finish wood floor (nat. finish) - water-based/latex | 169.27 SF | 3.72 | 6.20 | 133.54 | 769.42 | (0.00) | 769.42 |
| 17.  Add for dustless floor sanding | 169.27 SF | 1.00 | 0.00 | 35.55 | 204.82 | (0.00) | 204.82 |
| 18.  R&R Window stool & apron - stain grade | 5.00 LF | 10.07 | 1.57 | 10.91 | 62.83 | (0.00) | 62.83 |
| 19.  R&R Casing - 5" - hardwood | 76.00 LF | 5.76 | 17.92 | 95.70 | 551.38 | (0.00) | 551.38 |
| 20.  R&R Quarter round - 3/4" - stain grade | 51.89 LF | 2.09 | 3.24 | 23.46 | 135.15 | (0.00) | 135.15 |
| 21.  R&R Baseboard - 8" hardwood - 2 piece | 51.89 LF | 12.12 | 23.41 | 136.99 | 789.30 | (0.00) | 789.30 |
| 22.  R&R Dishwasher | 1.00 EA | 650.74 | 28.44 | 142.62 | 821.80 | (0.00) | 821.80 |
| 23.  Range - gas - Remove & reset | 1.00 EA | 179.09 | 0.00 | 37.61 | 216.70 | (0.00) | 216.70 |
| 24.  Range hood - Detach & reset | 1.00 EA | 106.61 | 0.00 | 22.39 | 129.00 | (0.00) | 129.00 |
| 25.  R&R Garbage disposer | 1.00 EA | 283.60 | 7.74 | 61.18 | 352.52 | (0.00) | 352.52 |
| 26.  Refrigerator - Remove & reset | 1.00 EA | 49.54 | 0.00 | 10.40 | 59.94 | (0.00) | 59.94 |
| 27.  R&R Recessed light fixture | 1.00 EA | 153.09 | 2.13 | 32.59 | 187.81 | (0.00) | 187.81 |
| 28.  R&R Hanging light fixture | 1.00 EA | 106.87 | 1.95 | 22.87 | 131.69 | (0.00) | 131.69 |
| 29.  R&R Ceramic tile - Standard grade | 50.00 SF | 13.64 | 8.88 | 145.10 | 835.98 | (0.00) | 835.98 |
| 30.  Seal/prime then paint the walls and ceiling twice (3 coats) | 654.22 SF | 1.18 | 10.21 | 164.26 | 946.45 | (0.00) | 946.45 |
| 31.  Seal & paint window (per side) | 2.00 EA | 50.13 | 0.67 | 21.20 | 122.13 | (0.00) | 122.13 |
| 32.  Seal & paint casing - oversized - three coats | 170.01 LF | 2.09 | 2.35 | 75.12 | 432.79 | (0.00) | 432.79 |
| 33.  Stain & finish base shoe or quarter round | 51.89 LF | 1.15 | 0.56 | 12.65 | 72.88 | (0.00) | 72.88 |
| 34.  Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 51.89 LF | 2.40 | 1.21 | 26.40 | 152.15 | (0.00) | 152.15 |
| 35.  Prime & paint radiator unit | 3.00 EA | 58.17 | 1.15 | 36.90 | 212.56 | (0.00) | 212.56 |
| 36.  R&R Sink faucet - Kitchen | 1.00 EA | 287.17 | 10.68 | 62.56 | 360.41 | (0.00) | 360.41 |
| 37.  R&R Sink - single | 1.00 EA | 301.41 | 9.47 | 65.30 | 376.18 | (0.00) | 376.18 |
| 38.  Rough in plumbing - per fixture - w/PEX | 2.00 EA | 630.54 | 9.42 | 266.81 | 1,537.31 | (0.00) | 1,537.31 |
| 39.  Final cleaning - construction - Residential | 169.27 SF | 0.25 | 3.07 | 8.89 | 54.28 | (0.00) | 54.28 |
| **Totals:  Kitchen** | | | **642.92** | **5,064.71** | **29,184.75** | **0.00** | **29,184.75** |



**Alliance Adjustment Group, Inc.**

When Damage Happens.



|  | **Butler pantry** |  | **Height: 9' 3"** |
|---|---|---|---|
|  | 255.72 SF Walls | 42.62 SF Ceiling |  |
|  | 298.34 SF Walls & Ceiling | 42.62 SF Floor |  |
|  | 4.74 SY Flooring | 27.01 LF Floor Perimeter |  |
|  | 29.69 LF Ceil. Perimeter |  |  |

| **Missing Wall - Goes to Floor** | **2' 8 3/16" X 6' 8"** | **Opens into KITCHEN** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 39.23 | 0.00 | 8.24 | 47.47 | (0.00) | 47.47 |
| 41.  Interior door - Detach & reset | 1.00 EA | 77.72 | 0.05 | 16.34 | 94.11 | (0.00) | 94.11 |
| 42.  R&R Door threshold, wood | 3.00 LF | 18.84 | 0.97 | 12.08 | 69.57 | (0.00) | 69.57 |
| 43.  Contents - move out then reset - Large room | 1.00 EA | 101.67 | 0.00 | 21.35 | 123.02 | (0.00) | 123.02 |
| 44.  R&R Cherry floor - #2 or better - no finish | 42.62 SF | 11.25 | 13.94 | 103.60 | 597.01 | (0.00) | 597.01 |
| 45.  R&R Casing - 5" - hardwood | 76.00 LF | 5.76 | 17.92 | 95.70 | 551.38 | (0.00) | 551.38 |
| 46.  R&R Quarter round - 3/4" - stain grade | 27.01 LF | 2.09 | 1.69 | 12.22 | 70.36 | (0.00) | 70.36 |
| 47.  R&R Baseboard - 8" hardwood - 2 piece | 27.01 LF | 12.12 | 12.19 | 71.31 | 410.86 | (0.00) | 410.86 |
| 48.  Seal & paint wood window (per side) | 1.00 EA | 50.13 | 0.33 | 10.59 | 61.05 | (0.00) | 61.05 |
| 49.  Seal & paint full height cabinetry - inside and out | 27.01 LF | 45.51 | 16.35 | 261.58 | 1,507.16 | (0.00) | 1,507.16 |
| 50.  Seal & paint casing - oversized - three coats | 46.00 LF | 2.09 | 0.63 | 20.32 | 117.09 | (0.00) | 117.09 |
| 51.  Stain & finish base shoe or quarter round | 27.01 LF | 1.15 | 0.29 | 6.59 | 37.94 | (0.00) | 37.94 |
| 52.  Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 27.01 LF | 2.40 | 0.63 | 13.74 | 79.19 | (0.00) | 79.19 |
| 53.  Final cleaning - construction - Residential | 42.62 SF | 0.25 | 0.77 | 2.24 | 13.67 | (0.00) | 13.67 |

| **Totals:  Butler pantry** |  |  | **65.76** | **655.90** | **3,779.88** | **0.00** | **3,779.88** |
|---|---|---|---|---|---|---|---|



|  | **Hallway** |  | **Height: 9' 3"** |
|---|---|---|---|
|  | 292.10 SF Walls | 39.21 SF Ceiling |  |
|  | 331.31 SF Walls & Ceiling | 39.21 SF Floor |  |
|  | 4.36 SY Flooring | 31.70 LF Floor Perimeter |  |
|  | 31.70 LF Ceil. Perimeter |  |  |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54.  R&R Cherry floor - #2 or better - no finish | 39.21 SF | 11.25 | 12.82 | 95.32 | 549.25 | (0.00) | 549.25 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Stain & finish base shoe or quarter round | 31.70 LF | 1.15 | 0.34 | 7.73 | 44.53 | (0.00) | 44.53 |
| 56. Sand & finish wood floor (nat. finish) - water-based/latex | 39.21 SF | 3.72 | 1.44 | 30.94 | 178.24 | (0.00) | 178.24 |
| 57. Add for dustless floor sanding | 39.21 SF | 1.00 | 0.00 | 8.23 | 47.44 | (0.00) | 47.44 |
| 58. Seal & paint casing - oversized - three coats | 68.00 LF | 2.09 | 0.94 | 30.03 | 173.09 | (0.00) | 173.09 |
| 59. Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 31.70 LF | 2.40 | 0.74 | 16.13 | 92.95 | (0.00) | 92.95 |
| 60. Prime & paint radiator unit | 3.00 EA | 58.17 | 1.15 | 36.90 | 212.56 | (0.00) | 212.56 |
| 61. Seal/prime then paint the walls and ceiling twice (3 coats) | 331.31 SF | 1.18 | 5.17 | 83.20 | 479.32 | (0.00) | 479.32 |
| 62. Seal & paint door slab only (per side) | 4.00 EA | 34.12 | 1.82 | 29.04 | 167.34 | (0.00) | 167.34 |
| 63. Final cleaning - construction - Residential | 39.21 SF | 0.25 | 0.71 | 2.06 | 12.57 | (0.00) | 12.57 |
| **Totals: Hallway** | | | **25.13** | **339.58** | **1,957.29** | **0.00** | **1,957.29** |



**Bathroom**                                                                                 **Height: 9' 3"**

| | |
|---|---|
| 153.82 SF Walls | 16.27 SF Ceiling |
| 170.09 SF Walls & Ceiling | 16.27 SF Floor |
| 1.81 SY Flooring | 16.69 LF Floor Perimeter |
| 16.69 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 64. Remove Vinyl floor covering (sheet goods) | 16.27 SF | 1.09 | 0.00 | 3.72 | 21.45 | (0.00) | 21.45 |
| 65. Vinyl floor covering (sheet goods) | 18.71 SF | 3.57 | 2.26 | 14.51 | 83.56 | (0.00) | 83.56 |
| 15 % waste added for Vinyl floor covering (sheet goods). | | | | | | | |
| 66. R&R Quarter round - 3/4" | 16.69 LF | 1.76 | 0.71 | 6.31 | 36.40 | (0.00) | 36.40 |
| 67. R&R Baseboard - 5 1/4" hardwood | 16.69 LF | 7.21 | 4.46 | 26.21 | 151.00 | (0.00) | 151.00 |
| 68. R&R Three coat plaster over metal lath | 101.27 SF | 16.62 | 16.16 | 356.85 | 2,056.12 | (0.00) | 2,056.12 |
| 69. R&R Casing - 5" - hardwood | 27.00 LF | 5.76 | 6.37 | 34.00 | 195.89 | (0.00) | 195.89 |
| 70. R&R Batt insulation - 6" - R19 - paper / foil faced | 38.45 SF | 1.43 | 1.43 | 11.85 | 68.26 | (0.00) | 68.26 |
| 71. Toilet - Detach & reset | 1.00 EA | 270.85 | 0.36 | 56.96 | 328.17 | (0.00) | 328.17 |
| 72. R&R Toilet paper holder | 1.00 EA | 33.54 | 0.74 | 7.20 | 41.48 | (0.00) | 41.48 |
| 73. Seal & paint window sill | 2.60 LF | 2.32 | 0.04 | 1.26 | 7.33 | (0.00) | 7.33 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

### CONTINUED - Bathroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Sink - wall mounted - Detach & reset | 1.00 EA | 273.14 | 0.00 | 57.36 | 330.50 | (0.00) | 330.50 |
| 75. P-trap assembly - Detach & reset | 1.00 EA | 66.81 | 0.00 | 14.03 | 80.84 | (0.00) | 80.84 |
| 76. R&R Angle stop valve | 2.00 EA | 43.45 | 0.86 | 18.44 | 106.20 | (0.00) | 106.20 |
| 77. Seal/prime then paint the walls and ceiling twice (3 coats) | 170.09 SF | 1.18 | 2.65 | 42.71 | 246.07 | (0.00) | 246.07 |
| 78. R&R Light fixture | 1.00 EA | 89.44 | 2.16 | 19.24 | 110.84 | (0.00) | 110.84 |
| 79. R&R Medicine cabinet | 1.00 EA | 211.76 | 9.54 | 46.47 | 267.77 | (0.00) | 267.77 |
| 80. Final cleaning - construction - Residential | 16.27 SF | 0.25 | 0.29 | 0.86 | 5.22 | (0.00) | 5.22 |
| **Totals: Bathroom** | | | **48.03** | **717.98** | **4,137.10** | **0.00** | **4,137.10** |



**Foyer/Entry**                                                                     **Height: 9' 3"**

| | |
|---|---|
| 471.50 SF Walls | 153.73 SF Ceiling |
| 625.24 SF Walls & Ceiling | 153.73 SF Floor |
| 17.08 SY Flooring | 47.50 LF Floor Perimeter |
| 51.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          4' X 6' 10 3/4"          **Opens into MUD_ROOM2**



**Subroom: Stairs5 (2)**                                                            **Height: 24' 10"**

| | |
|---|---|
| 335.04 SF Walls | 22.72 SF Ceiling |
| 357.76 SF Walls & Ceiling | 39.94 SF Floor |
| 4.44 SY Flooring | 17.94 LF Floor Perimeter |
| 15.15 LF Ceil. Perimeter | |

**Missing Wall**          3' X 24' 9 7/8"          **Opens into FOYER_ENTRY**
**Missing Wall**          3' X 24' 9 7/8"          **Opens into STAIRS6**



**Alliance Adjustment Group, Inc.**

When Damage Happens.

| | | |
|---|---|---|
| **Subroom: Stairs7 (4)** | | **Height: 19' 5"** |
| 329.62 SF Walls | 30.97 SF Ceiling | |
| 360.59 SF Walls & Ceiling | 53.97 SF Floor | |
| 6.00 SY Flooring | 24.71 LF Floor Perimeter | |
| 20.81 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 19' 5"** | **Opens into STAIRS6** |
| **Missing Wall** | **3' X 19' 5"** | **Opens into STAIRS8** |

| | | |
|---|---|---|
| **Subroom: Stairs8 (5)** | | **Height: 12' 2"** |
| 96.40 SF Walls | 12.10 SF Ceiling | |
| 108.49 SF Walls & Ceiling | 12.10 SF Floor | |
| 1.34 SY Flooring | 7.90 LF Floor Perimeter | |
| 7.90 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 12' 2 7/16"** | **Opens into STAIRS7** |
| **Missing Wall** | **3' X 12' 2 7/16"** | **Opens into STAIRS9** |

| | | |
|---|---|---|
| **Subroom: Stairs9 (1)** | | **Height: 12' 2"** |
| 86.12 SF Walls | 12.68 SF Ceiling | |
| 98.80 SF Walls & Ceiling | 28.98 SF Floor | |
| 3.22 SY Flooring | 11.73 LF Floor Perimeter | |
| 8.62 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 12' 2 7/16"** | **Opens into STAIRS8** |

| | | |
|---|---|---|
| **Subroom: Stairs6 (3)** | | **Height: 19' 5"** |
| 163.12 SF Walls | 12.85 SF Ceiling | |
| 175.98 SF Walls & Ceiling | 12.85 SF Floor | |
| 1.43 SY Flooring | 8.40 LF Floor Perimeter | |
| 8.40 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 19' 5"** | **Opens into STAIRS5** |
| **Missing Wall** | **3' X 19' 5"** | **Opens into STAIRS7** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 81.  Seal & paint casing - oversized - three coats | 94.00 LF | 2.09 | 1.30 | 41.53 | 239.29 | (0.00) | 239.29 |
| 82.  Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 118.18 LF | 2.40 | 2.77 | 60.15 | 346.55 | (0.00) | 346.55 |
| 83.  Seal & paint door slab only (per side) | 5.00 EA | 34.12 | 2.27 | 36.31 | 209.18 | (0.00) | 209.18 |
| 84.  Prime & paint radiator unit | 1.00 EA | 58.17 | 0.38 | 12.30 | 70.85 | (0.00) | 70.85 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

### CONTINUED - Foyer/Entry

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 85. Seal & paint chair rail - three coats | 42.00 LF | 1.94 | 0.40 | 17.19 | 99.07 | (0.00) | 99.07 |
| 86. Seal & paint stair riser - per side - per LF | 72.00 LF | 3.25 | 2.33 | 49.63 | 285.96 | (0.00) | 285.96 |
| 87. Seal & paint balustrade - three coats | 28.00 LF | 36.06 | 13.79 | 214.94 | 1,238.41 | (0.00) | 1,238.41 |
| 88. Floor protection - self-adhesive plastic film | 301.57 SF | 0.60 | 2.53 | 38.52 | 221.99 | (0.00) | 221.99 |
| 89. Mask and prep for paint - plastic, paper, tape (per LF) | 112.38 LF | 1.28 | 1.75 | 30.58 | 176.18 | (0.00) | 176.18 |
| 90. Final cleaning - construction - Residential | 301.57 SF | 0.25 | 5.47 | 15.83 | 96.69 | (0.00) | 96.69 |
| **Totals: Foyer/Entry** | | | **32.99** | **516.98** | **2,984.17** | **0.00** | **2,984.17** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total: Main Level** | | | 814.83 | 7,295.15 | 42,043.19 | 0.00 | 42,043.19 |

### 2nd Floor



**Master Bedroom**                                           Height: 8' 7"

569.92  SF Walls                          263.84  SF Ceiling
833.76  SF Walls & Ceiling                263.84  SF Floor
29.32  SY Flooring                         66.32  LF Floor Perimeter
66.32  LF Ceil. Perimeter

**Subroom: Room2 (1)**                                       Height: 8' 7"

116.84  SF Walls                            9.75  SF Ceiling
126.59  SF Walls & Ceiling                  9.75  SF Floor
1.08  SY Flooring                          13.60  LF Floor Perimeter
13.60  LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 91. Prime & paint radiator unit | 1.00 EA | 58.17 | 0.38 | 12.30 | 70.85 | (0.00) | 70.85 |
| 92. Interior door - Detach & reset | 1.00 EA | 77.72 | 0.05 | 16.34 | 94.11 | (0.00) | 94.11 |
| 93. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.23 | 0.00 | 16.48 | 94.94 | (0.00) | 94.94 |
| 94. Contents - move out then reset - Large room | 1.00 EA | 101.67 | 0.00 | 21.35 | 123.02 | (0.00) | 123.02 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

### CONTINUED - Master Bedroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 95.  R&R Oak flooring - #2 common - no finish | 136.79 SF | 9.28 | 28.56 | 272.58 | 1,570.55 | (0.00) | 1,570.55 |
| 96.  Sand, stain, & finish wood flr - water-based/latex finish | 273.59 SF | 3.94 | 12.64 | 229.01 | 1,319.59 | (0.00) | 1,319.59 |
| 97.  Add for dustless floor sanding | 273.59 SF | 1.00 | 0.00 | 57.46 | 331.05 | (0.00) | 331.05 |
| 98.  R&R Quarter round - 3/4" | 79.91 LF | 1.76 | 3.40 | 30.25 | 174.29 | (0.00) | 174.29 |
| 99.  R&R Two coat plaster over metal lath | 19.98 SF | 12.84 | 2.11 | 54.32 | 312.98 | (0.00) | 312.98 |
| 100.  Seal/prime then paint the walls and ceiling twice (3 coats) | 960.35 SF | 1.18 | 14.98 | 241.12 | 1,389.31 | (0.00) | 1,389.31 |
| 101.  R&R Baseboard - 8" hardwood - 2 piece | 39.96 LF | 12.12 | 18.03 | 105.49 | 607.83 | (0.00) | 607.83 |
| 102.  Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 79.91 LF | 2.40 | 1.87 | 40.68 | 234.33 | (0.00) | 234.33 |
| 103.  Seal & paint casing - oversized - three coats | 80.00 LF | 2.09 | 1.10 | 35.34 | 203.64 | (0.00) | 203.64 |
| 104.  Seal & paint door slab only (per side) | 3.00 EA | 34.12 | 1.36 | 21.79 | 125.51 | (0.00) | 125.51 |
| 105.  Final cleaning - construction - Residential | 273.59 SF | 0.25 | 4.96 | 14.36 | 87.72 | (0.00) | 87.72 |
| **Totals:  Master Bedroom** | | | **89.44** | **1,168.87** | **6,739.72** | **0.00** | **6,739.72** |



**Second-floor hall**                                                                 **Height: 8' 7"**

| | |
|---|---|
| 240.68  SF Walls | 113.21  SF Ceiling |
| 353.89  SF Walls & Ceiling | 113.21  SF Floor |
| 12.58  SY Flooring | 25.63  LF Floor Perimeter |
| 36.45  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **4' 11 3/16" X 8' 7 1/8"** | **Opens into Exterior** |
| **Missing Wall** | **1' 10 11/16" X 8' 7 1/8"** | **Opens into Exterior** |
| **Missing Wall** | **6' 5 1/2" X 8' 7 1/8"** | **Opens into Exterior** |
| **Missing Wall** | **1' 9 5/16" X 8' 7 1/8"** | **Opens into Exterior** |



**Alliance Adjustment Group, Inc.**

When Damage Happens.



**Subroom: Second-floo1 (1)**                                                    Height: 8' 7"

| 288.12 SF Walls | 68.52 SF Ceiling |
| 356.64 SF Walls & Ceiling | 68.52 SF Floor |
| 7.61 SY Flooring | 30.62 LF Floor Perimeter |
| 43.79 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | 2' 4 1/16" X 6' 8" | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | 10' 9 7/8" X 7' 3 3/16" | **Opens into SECONDFLOOR** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 106. Contents - move out then reset - Small room | 1.00 EA | 50.87 | 0.00 | 10.69 | 61.56 | (0.00) | 61.56 |
| 107. Add for dustless floor sanding | 181.73 SF | 1.00 | 0.00 | 38.16 | 219.89 | (0.00) | 219.89 |
| 108. Seal & paint chair rail - three coats | 56.25 LF | 1.94 | 0.54 | 23.02 | 132.69 | (0.00) | 132.69 |
| 109. Sand, stain, & finish wood flr - water-based/latex finish | 181.73 SF | 3.94 | 8.40 | 152.12 | 876.54 | (0.00) | 876.54 |
| 110. R&R Quarter round - 3/4" | 56.25 LF | 1.76 | 2.40 | 21.30 | 122.70 | (0.00) | 122.70 |
| 111. Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 56.25 LF | 2.40 | 1.32 | 28.63 | 164.95 | (0.00) | 164.95 |
| 112. Seal & paint casing - oversized - three coats | 102.00 LF | 2.09 | 1.41 | 45.07 | 259.66 | (0.00) | 259.66 |
| 113. Seal & paint door slab only (per side) | 6.00 EA | 34.12 | 2.73 | 43.56 | 251.01 | (0.00) | 251.01 |
| 114. Final cleaning - construction - Residential | 181.73 SF | 0.25 | 3.30 | 9.54 | 58.27 | (0.00) | 58.27 |
| **Totals: Second-floor hall** | | | **20.10** | **372.09** | **2,147.27** | **0.00** | **2,147.27** |



**Bathroom**                                                                      Height: 8' 7"

| 281.33 SF Walls | 47.28 SF Ceiling |
| 328.61 SF Walls & Ceiling | 47.28 SF Floor |
| 5.25 SY Flooring | 34.27 LF Floor Perimeter |
| 34.27 LF Ceil. Perimeter | |

| **Missing Wall - Goes to neither Floor/Ceiling** | 2' 1 7/16" X 6' 2 13/16" | **Opens into SHOWER** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 115. R&R Mortar bed for tile floors | 47.28 SF | 6.74 | 6.33 | 68.25 | 393.25 | (0.00) | 393.25 |
| 116. R&R Mosaic - ceramic/porcelain tile | 47.28 SF | 20.85 | 26.55 | 212.59 | 1,224.93 | (0.00) | 1,224.93 |
| 117. R&R Ceramic/porcelain tile | 140.67 SF | 15.34 | 39.33 | 461.42 | 2,658.62 | (0.00) | 2,658.62 |
| 118. Add-on for tile feature strip - Premium grade | 34.27 LF | 15.26 | 18.24 | 113.66 | 654.86 | (0.00) | 654.86 |
| 119. R&R Ceramic tile - bullnose - 3/4" x 6" - High grade | 34.27 LF | 13.50 | 9.11 | 99.07 | 570.83 | (0.00) | 570.83 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 120. Medicine cabinet - Detach & reset | 1.00 EA | 48.39 | 0.00 | 10.16 | 58.55 | (0.00) | 58.55 |
| 121. Towel bar - Detach & reset | 1.00 EA | 19.30 | 0.00 | 4.05 | 23.35 | (0.00) | 23.35 |
| 122. R&R Threshold - natural marble | 5.00 LF | 69.87 | 7.78 | 75.01 | 432.14 | (0.00) | 432.14 |
| 123. R&R Casing - 4" - hardwood | 17.00 LF | 4.61 | 3.05 | 17.11 | 98.53 | (0.00) | 98.53 |
| 124. Toilet - Detach & reset | 1.00 EA | 270.85 | 0.36 | 56.96 | 328.17 | (0.00) | 328.17 |
| 125. R&R Toilet paper holder | 1.00 EA | 33.54 | 0.74 | 7.20 | 41.48 | (0.00) | 41.48 |
| 126. Seal & paint window sill | 2.60 LF | 2.32 | 0.04 | 1.26 | 7.33 | (0.00) | 7.33 |
| 127. Sink - wall mounted - Detach & reset | 1.00 EA | 273.14 | 0.00 | 57.36 | 330.50 | (0.00) | 330.50 |
| 128. P-trap assembly - Detach & reset | 1.00 EA | 66.81 | 0.00 | 14.03 | 80.84 | (0.00) | 80.84 |
| 129. R&R Angle stop valve | 2.00 EA | 43.45 | 0.86 | 18.44 | 106.20 | (0.00) | 106.20 |
| 130. Seal/prime then paint part of the walls twice (3 coats) | 187.95 SF | 1.18 | 2.93 | 47.19 | 271.90 | (0.00) | 271.90 |
| 131. Seal & paint casing - oversized - three coats | 51.00 LF | 2.09 | 0.70 | 22.54 | 129.83 | (0.00) | 129.83 |
| 132. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 39.23 | 0.00 | 8.24 | 47.47 | (0.00) | 47.47 |
| 133. Seal & paint door slab only (per side) | 3.00 EA | 34.12 | 1.36 | 21.79 | 125.51 | (0.00) | 125.51 |
| 134. Final cleaning - construction - Residential | 47.28 SF | 0.25 | 0.86 | 2.48 | 15.16 | (0.00) | 15.16 |
| **Totals: Bathroom** | | | **118.24** | **1,318.81** | **7,599.45** | **0.00** | **7,599.45** |



**Linen Closet**                                                         Height: 8' 7"

| 78.94 SF Walls | 4.85 SF Ceiling |
|---|---|
| 83.79 SF Walls & Ceiling | 4.85 SF Floor |
| 0.54 SY Flooring | 9.19 LF Floor Perimeter |
| 9.19 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 135. Final cleaning - construction - Residential | 4.85 SF | 0.25 | 0.08 | 0.25 | 1.54 | (0.00) | 1.54 |
| **Totals: Linen Closet** | | | **0.08** | **0.25** | **1.54** | **0.00** | **1.54** |



**Alliance Adjustment Group, Inc.**

When Damage Happens.



| **Left Bedroom** | **Height: 8' 7"** |
|---|---|
| 443.14  SF Walls | 149.51  SF Ceiling |
| 592.65  SF Walls & Ceiling | 149.51  SF Floor |
| 16.61  SY Flooring | 51.57  LF Floor Perimeter |
| 51.57  LF Ceil. Perimeter | |



| **Subroom: Room3 (1)** | **Height: 8' 7"** |
|---|---|
| 81.48  SF Walls | 5.33  SF Ceiling |
| 86.81  SF Walls & Ceiling | 5.33  SF Floor |
| 0.59  SY Flooring | 9.48  LF Floor Perimeter |
| 9.48  LF Ceil. Perimeter | |

| **Subroom: Room4 (2)** | **Height: 8' 7"** |
|---|---|
| 100.24  SF Walls | 7.33  SF Ceiling |
| 107.57  SF Walls & Ceiling | 7.33  SF Floor |
| 0.81  SY Flooring | 11.66  LF Floor Perimeter |
| 11.66  LF Ceil. Perimeter | |



| **Subroom: Room5 (3)** | **Height: 8' 7"** |
|---|---|
| 92.86  SF Walls | 6.43  SF Ceiling |
| 99.28  SF Walls & Ceiling | 6.43  SF Floor |
| 0.71  SY Flooring | 10.81  LF Floor Perimeter |
| 10.81  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 136. Contents - move out then reset - Large room | 1.00 EA | 101.67 | 0.00 | 21.35 | 123.02 | (0.00) | 123.02 |
| 137. Sand, stain, & finish wood flr - water-based/latex finish | 168.59 SF | 3.94 | 7.79 | 141.13 | 813.16 | (0.00) | 813.16 |
| 138. Add for dustless floor sanding | 168.59 SF | 1.00 | 0.00 | 35.41 | 204.00 | (0.00) | 204.00 |
| 139. R&R Quarter round - 3/4" | 52.10 LF | 1.76 | 2.22 | 19.72 | 113.64 | (0.00) | 113.64 |
| 140. Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 0.08 LF | 2.40 | 0.00 | 0.04 | 0.23 | (0.00) | 0.23 |
| 141. Seal & paint casing - oversized - three coats | 31.50 LF | 2.09 | 0.44 | 13.91 | 80.19 | (0.00) | 80.19 |
| 142. Seal & paint door slab only (per side) | 2.00 EA | 34.12 | 0.91 | 14.52 | 83.67 | (0.00) | 83.67 |
| 143. Prime & paint radiator unit | 1.00 EA | 58.17 | 0.38 | 12.30 | 70.85 | (0.00) | 70.85 |
| 144. Interior door - Detach & reset | 1.00 EA | 77.72 | 0.05 | 16.34 | 94.11 | (0.00) | 94.11 |
| 145. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.23 | 0.00 | 16.48 | 94.94 | (0.00) | 94.94 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Left Bedroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 146. Final cleaning - construction - Residential | 168.59 SF | 0.25 | 3.06 | 8.86 | 54.07 | (0.00) | 54.07 |
| **Totals: Left Bedroom** | | | 14.85 | 300.06 | 1,731.88 | 0.00 | 1,731.88 |



**Right Rear Bedroom**                                                          Height: 8' 7"

469.39 SF Walls                      165.04 SF Ceiling
634.43 SF Walls & Ceiling            165.04 SF Floor
18.34 SY Flooring                    54.62 LF Floor Perimeter
54.62 LF Ceil. Perimeter



**Subroom: Room6 (1)**                                                         Height: 8' 7"

79.42 SF Walls                       5.04 SF Ceiling
84.46 SF Walls & Ceiling             5.04 SF Floor
0.56 SY Flooring                     9.24 LF Floor Perimeter
9.24 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 147. Contents - move out then reset - Large room | 1.00 EA | 101.67 | 0.00 | 21.35 | 123.02 | (0.00) | 123.02 |
| 148. Sand, stain, & finish wood flr - water-based/latex finish | 165.04 SF | 3.94 | 7.62 | 138.16 | 796.04 | (0.00) | 796.04 |
| 149. Add for dustless floor sanding | 170.09 SF | 1.00 | 0.00 | 35.72 | 205.81 | (0.00) | 205.81 |
| 150. R&R Quarter round - 3/4" | 63.86 LF | 1.76 | 2.72 | 24.18 | 139.29 | (0.00) | 139.29 |
| 151. Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 0.08 LF | 2.40 | 0.00 | 0.04 | 0.23 | (0.00) | 0.23 |
| 152. Seal & paint casing - oversized - three coats | 63.67 LF | 2.09 | 0.88 | 28.14 | 162.09 | (0.00) | 162.09 |
| 153. Seal & paint door slab only (per side) | 3.00 EA | 34.12 | 1.36 | 21.79 | 125.51 | (0.00) | 125.51 |
| 154. Prime & paint radiator unit | 1.00 EA | 58.17 | 0.38 | 12.30 | 70.85 | (0.00) | 70.85 |
| 155. Interior door - Detach & reset | 1.00 EA | 77.72 | 0.05 | 16.34 | 94.11 | (0.00) | 94.11 |
| 156. Window blind - horizontal or vertical - Detach & reset | 2.00 EA | 39.23 | 0.00 | 16.48 | 94.94 | (0.00) | 94.94 |
| 157. Final cleaning - construction - Residential | 170.09 SF | 0.25 | 3.09 | 8.93 | 54.54 | (0.00) | 54.54 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Right Rear Bedroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Right Rear Bedroom** | | | 16.10 | 323.43 | 1,866.43 | 0.00 | 1,866.43 |



**Front Right Bedroom**                                    Height: 8' 7"

| | |
|---|---|
| 621.15 SF Walls | 294.82 SF Ceiling |
| 915.97 SF Walls & Ceiling | 294.82 SF Floor |
| 32.76 SY Flooring | 72.28 LF Floor Perimeter |
| 72.28 LF Ceil. Perimeter | |



**Subroom: Room8 (2)**                                    Height: 8' 7"

| | |
|---|---|
| 131.24 SF Walls | 12.28 SF Ceiling |
| 143.51 SF Walls & Ceiling | 12.28 SF Floor |
| 1.36 SY Flooring | 15.27 LF Floor Perimeter |
| 15.27 LF Ceil. Perimeter | |



**Subroom: Room9 (1)**                                    Height: 8' 7"

| | |
|---|---|
| 128.98 SF Walls | 10.98 SF Ceiling |
| 139.96 SF Walls & Ceiling | 10.98 SF Floor |
| 1.22 SY Flooring | 15.01 LF Floor Perimeter |
| 15.01 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 158. Contents - move out then reset - Large room | 1.00 EA | 101.67 | 0.00 | 21.35 | 123.02 | (0.00) | 123.02 |
| 159. Sand, stain, & finish wood flr - water-based/latex finish | 318.08 SF | 3.94 | 14.70 | 266.27 | 1,534.21 | (0.00) | 1,534.21 |
| 160. Add for dustless floor sanding | 318.08 SF | 1.00 | 0.00 | 66.80 | 384.88 | (0.00) | 384.88 |
| 161. R&R Quarter round - 3/4" | 102.56 LF | 1.76 | 4.37 | 38.83 | 223.70 | (0.00) | 223.70 |
| 162. Seal & paint baseboard w/cap &/or shoe, oversized- 3 coats | 0.17 LF | 2.40 | 0.00 | 0.09 | 0.50 | (0.00) | 0.50 |
| 163. Seal & paint casing - oversized - three coats | 29.99 LF | 2.09 | 0.41 | 13.26 | 76.35 | (0.00) | 76.35 |
| 164. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | 39.23 | 0.00 | 32.95 | 189.87 | (0.00) | 189.87 |
| 165. Seal & paint door slab only (per side) | 2.00 EA | 34.12 | 0.91 | 14.52 | 83.67 | (0.00) | 83.67 |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

### CONTINUED - Front Right Bedroom

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 166. Prime & paint radiator unit | 1.00 EA | 58.17 | 0.38 | 12.30 | 70.85 | (0.00) | 70.85 |
| 167. Interior door - Detach & reset | 1.00 EA | 77.72 | 0.05 | 16.34 | 94.11 | (0.00) | 94.11 |
| 168. Final cleaning - construction - Residential | 318.08 SF | 0.25 | 5.77 | 16.70 | 101.99 | (0.00) | 101.99 |
| **Totals: Front Right Bedroom** | | | **26.59** | **499.41** | **2,883.15** | **0.00** | **2,883.15** |
| **Total: 2nd Floor** | | | **285.40** | **3,982.92** | **22,969.44** | **0.00** | **22,969.44** |

### Lower Level



| **Basement Main** | **Height: 7' 4"** |
|---|---|
| 782.76  SF Walls | 525.77  SF Ceiling |
| 1308.53  SF Walls & Ceiling | 525.77  SF Floor |
| 58.42  SY Flooring | 105.20  LF Floor Perimeter |
| 117.61  LF Ceil. Perimeter | |

| **Subroom: Room4 (2)** | **Height: 6' 10"** |
|---|---|
| 148.22  SF Walls | 67.23  SF Ceiling |
| 215.46  SF Walls & Ceiling | 67.23  SF Floor |
| 7.47  SY Flooring | 21.62  LF Floor Perimeter |
| 21.62  LF Ceil. Perimeter | |

| **Missing Wall** | **12' 4 7/8" X 6' 10 1/4"** | **Opens into BASEMENT_MAI** |
|---|---|---|

| **Subroom: Stairs (1)** | **Height: 16' 4"** |
|---|---|
| 225.70  SF Walls | 28.20  SF Ceiling |
| 253.90  SF Walls & Ceiling | 57.73  SF Floor |
| 6.41  SY Flooring | 24.75  LF Floor Perimeter |
| 18.80  LF Ceil. Perimeter | |

| **Missing Wall** | **3' X 16' 4"** | **Opens into BASEMENT_MAI** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|



**Alliance Adjustment Group, Inc.**

When Damage Happens.

**CONTINUED - Basement Main**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 169. R&R Cove molding - 3/4" - stain grade | 151.57 LF | 1.82 | 7.00 | 59.39 | 342.24 | (0.00) | 342.24 |
| 170. Stain & finish cove molding | 151.57 LF | 0.95 | 1.18 | 30.49 | 175.66 | (0.00) | 175.66 |
| 171. R&R Countertop subdeck - plywood | 24.00 SF | 4.50 | 2.72 | 23.25 | 133.97 | (0.00) | 133.97 |
| 172. R&R Countertop - flat laid plastic laminate - High grade | 12.00 LF | 51.39 | 23.89 | 134.53 | 775.10 | (0.00) | 775.10 |
| 173. R&R T & G paneling - knotty pine paneling (unfinished) | 1,156.69 SF | 5.80 | 162.40 | 1,442.95 | 8,314.15 | (0.00) | 8,314.15 |
| 174. Carpenter - General Framer - per hour | 12.00 HR | 66.99 | 0.00 | 168.82 | 972.70 | (0.00) | 972.70 |
| Frame Bar and Built in Shelving | | | | | | | |
| 175. Finish Carpenter - per hour | 10.00 HR | 71.36 | 0.00 | 149.86 | 863.46 | (0.00) | 863.46 |
| Finish Bar and Built In Shellving | | | | | | | |
| 176. Rough in plumbing - per fixture - w/PEX | 1.00 EA | 630.54 | 4.71 | 133.40 | 768.65 | (0.00) | 768.65 |
| 177. R&R Recessed light fixture - Standard grade | 3.00 EA | 137.19 | 3.53 | 87.17 | 502.27 | (0.00) | 502.27 |
| 178. Stain & finish paneling | 1,156.69 SF | 1.46 | 21.51 | 359.17 | 2,069.45 | (0.00) | 2,069.45 |
| 179. Stain & finish door slab only (per side) | 2.00 EA | 52.33 | 0.95 | 22.19 | 127.80 | (0.00) | 127.80 |
| 180. R&R Light fixture | 3.00 EA | 89.44 | 6.47 | 57.70 | 332.49 | (0.00) | 332.49 |
| 181. R&R Furring strip - 1" x 3" | 1,777.89 SF | 1.57 | 35.20 | 593.56 | 3,420.05 | (0.00) | 3,420.05 |
| 182. Seal & paint column - three coats | 24.00 LF | 8.01 | 0.86 | 40.56 | 233.66 | (0.00) | 233.66 |
| 183. R&R Shutters - wood - louvered or paneled | 1.00 EA | 270.07 | 11.16 | 59.07 | 340.30 | (0.00) | 340.30 |
| 184. Solid Knotty Pine Doors | 3.00 EA | 702.00 | 51.81 | 453.14 | 2,610.95 | (0.00) | 2,610.95 |
| 185. R&R Acoustic ceiling tile - High grade | 621.20 SF | 5.81 | 87.59 | 776.33 | 4,473.09 | (0.00) | 4,473.09 |
| 186. R&R Baseboard - 3 1/4" | 151.57 LF | 3.71 | 11.64 | 120.53 | 694.50 | (0.00) | 694.50 |
| 187. Stain & finish baseboard | 151.57 LF | 1.40 | 1.64 | 44.90 | 258.74 | (0.00) | 258.74 |
| 188. R&R Vinyl tile | 650.74 SF | 5.25 | 86.29 | 735.56 | 4,238.23 | (0.00) | 4,238.23 |
| 189. Seal/prime then paint the surface area twice (3 coats) | 253.90 SF | 1.18 | 3.96 | 63.76 | 367.32 | (0.00) | 367.32 |
| 190. Sand & finish steps and/or risers (natural finish) | 39.00 LF | 11.74 | 1.29 | 96.43 | 555.58 | (0.00) | 555.58 |
| 191. Handrail - wall mounted - Detach & reset | 13.00 LF | 5.95 | 0.00 | 16.25 | 93.60 | (0.00) | 93.60 |
| 192. Final cleaning - construction - Residential | 650.74 SF | 0.25 | 11.81 | 34.17 | 208.67 | (0.00) | 208.67 |
| **Totals:  Basement Main** | | | **537.61** | **5,703.18** | **32,872.63** | **0.00** | **32,872.63** |



**Alliance Adjustment Group, Inc.**

When Damage Happens.



| | Water heater room and storage | | | | | | Height: 7' 4" |

462.54 SF Walls      220.50 SF Ceiling
683.04 SF Walls & Ceiling      220.50 SF Floor
24.50 SY Flooring      63.07 LF Floor Perimeter
63.07 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 193.  Final cleaning - construction - Residential | 220.50 SF | 0.25 | 4.01 | 11.57 | 70.71 | (0.00) | 70.71 |
| **Totals:  Water heater room and storage** | | | **4.01** | **11.57** | **70.71** | **0.00** | **70.71** |



| | Furnace Room | | | | | | Height: 7' 4" |

743.83 SF Walls      382.37 SF Ceiling
1126.19 SF Walls & Ceiling      382.37 SF Floor
42.49 SY Flooring      101.46 LF Floor Perimeter
101.46 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 194.  Paint masonry | 743.83 SF | 0.78 | 13.39 | 124.65 | 718.23 | (0.00) | 718.23 |
| 195.  Final cleaning - construction - Residential | 382.37 SF | 0.25 | 6.95 | 20.08 | 122.62 | (0.00) | 122.62 |
| **Totals:  Furnace Room** | | | **20.34** | **144.73** | **840.85** | **0.00** | **840.85** |
| **Total:  Lower Level** | | | **561.96** | **5,859.48** | **33,784.19** | **0.00** | **33,784.19** |
| **Total:  SKETCH1** | | | **1,662.19** | **17,137.55** | **98,796.82** | **0.00** | **98,796.82** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 196.  Siding labor minimum | 1.00 EA | 193.13 | 0.00 | 40.55 | 233.68 | (0.00) | 233.68 |
| 197.  Insulation labor minimum | 1.00 EA | 68.97 | 0.00 | 14.49 | 83.46 | (0.00) | 83.46 |
| 198.  Finish hardware labor minimum | 1.00 EA | 62.66 | 0.00 | 13.16 | 75.82 | (0.00) | 75.82 |
| 199.  Tile floor covering labor minimum | 1.00 EA | 96.78 | 0.00 | 20.33 | 117.11 | (0.00) | 117.11 |
| **Totals:  Labor Minimums Applied** | | | **0.00** | **88.53** | **510.07** | **0.00** | **510.07** |
| **Line Item Totals:  GOLDHIRSCH** | | | **1,691.50** | **18,299.06** | **119,588.23** | **0.00** | **119,588.23** |

 **Alliance Adjustment Group, Inc.**

When Damage Happens.

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 10,592.64 | SF Walls | 3,631.72 | SF Ceiling | 14,224.37 | SF Walls and Ceiling |
| 3,717.78 | SF Floor | 413.09 | SY Flooring | 1,194.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,228.01 | LF Ceil. Perimeter |
| | | | | | |
| 3,717.78 | Floor Area | 3,938.65 | Total Area | 9,022.41 | Interior Wall Area |
| 5,167.14 | Exterior Wall Area | 567.64 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 99,597.67 |
| Material Sales Tax | 1,607.99 |
| Cleaning Mtl Tax | 12.83 |
| Subtotal | 101,218.49 |
| Overhead | 8,713.82 |
| Profit | 9,585.24 |
| Cleaning Sales Tax | 70.68 |
| **Replacement Cost Value** | **$119,588.23** |
| **Net Claim** | **$119,588.23** |

Brian Singer
Public Insurance Adjuster

 **Alliance Adjustment Group, Inc.**

When Damage Happens.

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6%) | Cleaning Mtl Tax (6%) | Cleaning Sales Tax (6%) | Clothing Acc Tax (6%) | Manuf. Home Tax (6%) | Storage Rental Tax (6%) | Dryclean/Laundry Tax (6%) |
|---|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | | |
| | 8,713.82 | 9,585.24 | 1,607.99 | 12.83 | 70.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | | |
| | **8,713.82** | **9,585.24** | **1,607.99** | **12.83** | **70.68** | **0.00** | **0.00** | **0.00** | **0.00** |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

## Recap by Room

| | | |
|---|---|---|
| **Estimate: GOLDHIRSCH** | | |
| General Conditions | 19,179.05 | 19.26% |
| | | |
| **Area: SKETCH1** | | |
| | | |
| **Area: Main Level** | | |
| Kitchen | 23,477.12 | 23.57% |
| Butler pantry | 3,058.22 | 3.07% |
| Hallway | 1,592.58 | 1.60% |
| Bathroom | 3,371.09 | 3.38% |
| Foyer/Entry | 2,434.20 | 2.44% |
| | | |
| Area Subtotal:  Main Level | 33,933.21 | 34.07% |
| | | |
| **Area: 2nd Floor** | | |
| Master Bedroom | 5,481.41 | 5.50% |
| Second-floor hall | 1,755.08 | 1.76% |
| Bathroom | 6,162.40 | 6.19% |
| Linen Closet | 1.21 | |
| Left Bedroom | 1,416.97 | 1.42% |
| Right Rear Bedroom | 1,526.90 | 1.53% |
| Front Right Bedroom | 2,357.15 | 2.37% |
| | | |
| Area Subtotal:  2nd Floor | 18,701.12 | 18.78% |
| | | |
| **Area: Lower Level** | | |
| Basement Main | 26,631.84 | 26.74% |
| Water heater room and storage | 55.13 | 0.06% |
| Furnace Room | 675.78 | 0.68% |
| | | |
| Area Subtotal:  Lower Level | 27,362.75 | 27.47% |
| | | |
| Area Subtotal:  SKETCH1 | 79,997.08 | 80.32% |
| Labor Minimums Applied | 421.54 | 0.42% |
| | | |
| **Subtotal of Areas** | 99,597.67 | 100.00% |
| | | |
| **Total** | 99,597.67 | 100.00% |



**Alliance Adjustment Group, Inc.**

When Damage Happens.

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| ACOUSTICAL TREATMENTS | 3,168.12 | 2.65% |
| APPLIANCES | 1,208.64 | 1.01% |
| CABINETRY | 8,889.81 | 7.43% |
| CLEANING | 746.70 | 0.62% |
| CONTENT MANIPULATION | 559.22 | 0.47% |
| GENERAL DEMOLITION | 7,147.65 | 5.98% |
| DOORS | 2,494.60 | 2.09% |
| FLOOR COVERING - CERAMIC TILE | 340.27 | 0.28% |
| FLOOR COVERING - VINYL | 2,611.18 | 2.18% |
| FLOOR COVERING - WOOD | 9,939.36 | 8.31% |
| FINISH CARPENTRY / TRIMWORK | 4,750.83 | 3.97% |
| FINISH HARDWARE | 183.97 | 0.15% |
| FRAMING & ROUGH CARPENTRY | 2,741.78 | 2.29% |
| HAZARDOUS MATERIAL REMEDIATION | 213.90 | 0.18% |
| INSULATION | 243.03 | 0.20% |
| LABOR ONLY | 4,289.64 | 3.59% |
| LIGHT FIXTURES | 922.84 | 0.77% |
| MARBLE - CULTURED OR NATURAL | 330.15 | 0.28% |
| INTERIOR LATH & PLASTER | 6,357.74 | 5.32% |
| PLUMBING | 3,807.92 | 3.18% |
| PANELING & WOOD WALL FINISHES | 6,188.29 | 5.17% |
| PAINTING | 13,228.70 | 11.06% |
| SIDING | 455.85 | 0.38% |
| TILE | 4,224.21 | 3.53% |
| WINDOW TREATMENT | 470.76 | 0.39% |
| **O&P Items Subtotal** | **85,515.16** | **71.51%** |

| Non-O&P Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 14,082.51 | 11.78% |
| **Non-O&P Items Subtotal** | **14,082.51** | **11.78%** |
| O&P Items Subtotal | 85,515.16 | 71.51% |
| Material Sales Tax | 1,607.99 | 1.34% |
| Cleaning Mtl Tax | 12.83 | 0.01% |
| Overhead | 8,713.82 | 7.29% |
| Profit | 9,585.24 | 8.02% |
| Cleaning Sales Tax | 70.68 | 0.06% |
| **Total** | **119,588.23** | **100.00%** |



Furnace Room

Basement Main

Water heater room and storage



Lower Level





Main Level





2nd Floor

| | |
|---|---|
| ADDRESS | Isadore Goldhirsch  1523 Grove Ave |
| CITY ST ZIP | Jenkintown, PA 19046 |
| TYPE OF LOSS | Water |
| DATE OF LOSS | 3/17/2021 |
| INSURANCE CO | State Farm |
| CLAIM # | 38-17P2-40G |

| ITEM NO.  DESCRIPTION | Age | QTY | UNIT COST | RCV |
|---|---|---|---|---|
| 1 Wood Dresser-painted Blue 4 Drawer | 30 | 1 | $ 799.00 | $799.00 |
| 2 Iron Chair | | 1 | $ 99.99 | $99.99 |
| 3 Ratan Sofa Cahir and Table Set | | 1 | $ 1,249.00 | $1,249.00 |
| 4 Saw Horse | | 2 | $ 22.95 | $45.90 |
| 5 Wood Window Screen | 40 | 3 | $ 34.50 | $103.50 |
| 6 Ping Pong Table | 20 | 1 | $ 399.99 | $399.99 |
| 7 Internal Ball return Slate Top  Billiard Table - Victor Billiard Company | 5 | 1 | $ | $0.00 |
| United Audio Turntable - Dual model | | | | |
| 8 1019 | 40 | 1 | $ 8,500.00 | $8,500.00 |
| 9 Billiard Cues | 20 | 11 | $ 60.00 | $660.00 |
| 10 Billiard Triange Rack | 20 | 1 | $ 35.00 | $35.00 |
| 11 Pool Cue Rack | 20 | 1 | $ 200.00 | $200.00 |
| 12 Metal Tool Box-Union Super Steel | 30 | 3 | $ 158.70 | $476.10 |
| 13 Screw Drivers | 20-30 | 10 | $ 15.99 | $159.90 |
| 14 Wrenches | 20-30 | 7 | $ 18.00 | $126.00 |
| 15 reel to reel recording tape | 35 | 2 | $ 20.00 | $40.00 |
| United Audio Turntable - Dual model | | | | |
| 16 1219 | Vintage | 1 | $ 599.00 | $599.00 |
| 17 Remington Typwriter (vintage) | Vintage | 1 | $ 449.99 | $449.99 |
| 18 Cash Register - National (vintage) | Vintage | 1 | $ 1,600.00 | $1,600.00 |
| 19 Monroe Calculating Machine (vintage) | Vintage | 1 | $ 180.00 | $180.00 |
| 20 Vacuum tubes | Vintage | 45 | $ 1.00 | $45.00 |
| 21 Custom woden crate with glass Lid | Vintage | 1 | $ 120.00 | $120.00 |

| # | Description | Condition | Qty | Price | Total |
|---|---|---|---|---|---|
| 22 | Victrolia No. 2 Victor Talking Machine | Vintage | 1 | $ 800.00 | $800.00 |
| 23 | Steel Strong Box | 35 | 1 | $ 44.95 | $44.95 |
| 24 | Leather Knife Sheath - Alpex | 25 | 1 | $ 19.00 | $19.00 |
| 25 | Dial Thermometer- Uniphot | 25 | 1 | $ 43.26 | $43.26 |
| 26 | Cassette Tapes | 20 | 7 | $ 1.50 | $10.50 |
| 27 | Mini Tripod | 15 | 1 | $ 29.99 | $29.99 |
| 28 | Metal Files | Vintage | 4 | $ 8.00 | $32.00 |
| 29 | Edison Disk Phonograph Model A100 | Vintage | 1 | $ 975.00 | $975.00 |
| 30 | Billiard Table over | 25 | 1 | $ 36.99 | $36.99 |
| 31 | Set of Ping Pong Paddles | 25 | 1 | $ 51.89 | $51.89 |
| 32 | Pocket Billiards paperback | 20 | 4 | $ 4.47 | $17.88 |
| 33 | Photography Movie Light Bar in Metal Case | Vintage | 1 | $ 110.00 | $110.00 |
| 34 | Belt Sander | 35 | 1 | $ 215.00 | $215.00 |
| 35 | Bayonette and sheath | Vintage | 1 | $ 89.95 | $89.95 |
| 36 | Kodak Universal Slicer | 35 | 2 | $ 97.95 | $195.90 |
| 37 | Wood Planer | Vintage | 1 | $ 149.99 | $149.99 |
| 38 | Ringling Brothers Framed poster | 37 | 1 | $ 79.00 | $79.00 |
| 39 | RCA Victor Rockola Record Player Model 6-EY-3B | Vintage | 1 | $ 450.00 | $450.00 |
| 40 | Edison Recording Molded Records and Wooden case | Vintage | 1 | $ 450.00 | $450.00 |
| 41 | Vinyl Record Case | Vintage | 1 | $ 24.95 | $24.95 |
| 42 | Suit Case | 25 | 2 | $ 230.00 | $460.00 |
| | vinyl record | Vintage to 20yrs | 459 | $ 5.00 | $2,295.00 |
| | | | | Inventory Total | $22,469.62 |
| | | | | Sales Tax | $1,348.18 |
| | | | | GRAND TOTAL | $23,817.80 |