# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTHA SNIDER, AS ATTORNEY IN FACT FOR ISADORE GOLDHISRSH,** | : : : : | |
| | : | **CIVIL ACTION** |
| **Plaintiffs,** | : : | |
| v. | : : | **NO. 21-4224** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : : : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 8th day of December, 2022, upon consideration of Defendant's Motion to Dismiss Count II of the Amended Complaint (Doc. No. 15) and Plaintiff's Response (Doc. No. 16), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file an answer to the Amended Complaint within **twenty-one (21) days** from the date of this Order.

                                                **BY THE COURT:**

                                                */s/ Mitchell S. Goldberg*
                                                **MITCHELL S. GOLDBERG, J.**